# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0146.  THE CSR GROUP, INC. et al. v. NIKE USA, INC.**

The applicants have filed a "Motion to Change Filing Date," asking this Court to enter an order changing the filing date of their application from November 20, 2015, to November 19, 2015.  The respondents have moved to dismiss this application as untimely.  Because we deem the application to have been timely filed on November 19, 2015, the applicants' motion is DISMISSED as MOOT.  The respondents' motion to dismiss is DENIED.

Upon review of the merits of the application, however, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/17/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*